Jack Silver (SB #16057)
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
Email: lhm28843@sbcglobal.net

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

S. Wayne Rosenbaum (SB #182456)
Ryan R. Waterman (SB #229485)
Juliet H. Cho (SB #271437)
STOEL RIVES LLP
12255 El Camino Real, Ste. 100
San Diego, CA 92130
Telephone: (858) 794-4100
Facsimile: (858) 794-4101
Email: swrosenbaum@stoel.com; rrwaterman@stoel.com; jhcho@stoel.com

Attorneys for Defendant
LUNNY GRADING & PAVING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3), non-profit, Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUNNY GRADING & PAVING, INC.; NICASIO ROCK QUARRY; DOES 1-10, Inclusive<br><br>Defendants. | Case No. 13-CV-03174-JST<br><br>STIPULATION WITH [PROPOSED] ORDER EXTENDING TIME |

Plaintiff California River Watch ("Plaintiff") and Lunny Grading and Paving, Inc. ("Defendant") stipulate that Defendant shall have until October 28, 2013, to file its first responsive pleading to Plaintiff's Complaint.

1  No trial date has been set in this case.  This extension of time will not jeopardize any other
2  discovery dates.

5  Dated:  September 17, 2013

                      LAW OFFICE OF JACK SILVER

                      By:  /s/ Jack Silver
                           Jack Silver
                           Attorneys for Plaintiff CALIFORNIA
                           RIVER WATCH

                      STOEL RIVES LLP

12  Dated:   September 17, 2013          By: *[signature]* for
                           Ryan Waterman
                         Attorneys for Defendant LUNNY
                         GRADING & PAVING, INC.

**[PROPOSED] ORDER**

The court has considered the attached **stipulation,** and

IT IS ORDERED that Defendants Lunny Grading and Paving, Inc. ("Defendant") shall have until October 28, 2013 to file its first responsive pleading.

Dated: September 17, 2013

[signature]

U.S. DISTRICT JUDGE



IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION WITH [PROPOSED] ORDER EXTENDING TIME    -3-    13-CV-03174-JST

74512364.2 0048407-00002