|   |   |
|---|---|
| 1 | S. Wayne Rosenbaum (SB #182456) |
|   | Ryan R. Waterman (SB #229485) |
| 2 | Juliet H. Cho (SB #271437) |
|   | STOEL RIVES LLP |
| 3 | 12255 El Camino Real, Ste. 100 |
|   | San Diego, CA  92130 |
| 4 | Telephone:  (858) 794-4100 |
|   | Facsimile:  (858) 794-4101 |
| 5 | Email Addresses: |
|   | swrosenbaum@stoel.com; |
| 6 | rrwaterman@stoel.com; |
|   | jhcho@stoel.com |
| 7 |   |
|   | Attorneys for Defendant |
| 8 | LUNNY GRADING & PAVING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA RIVER WATCH, a 501(c)(3), non-profit, Public Benefit Corporation, | Case No. 13-CV-03174-~~KAW~~ JST |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING EARLY NEUTRAL EVALUATION |
| v. |  |
| LUNNY GRADING & PAVING, INC.; DOES 1-10, Inclusive, |  |
| Defendant. |  |

PLEASE TAKE NOTICE that Plaintiff CALIFORNIA RIVER WATCH ("Plaintiff") and Defendant LUNNY GRADING AND PAVING ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, stipulate and agree as follows:

**WHEREAS,** on July 29, 2013, Plaintiff filed a Complaint for Injunctive Relief, Declaratory Relief, Civil Penalties, Restitution and Remediation pursuant to the Federal Water Pollution Control Act, 33 U.S.C. § 1251, *et seq.*

**WHEREAS**, on October 3, 2013, Plaintiff filed a First Amended Complaint for Injunctive Relief, Declaratory Relief, Civil Penalties, Restitution and Remediation pursuant to the Federal Water Pollution Control Act, 33 U.S.C. § 1251, *et seq.*

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING EARLY NEUTRAL EVALUATION

-1-

13-CV-03174-~~KAW~~

74828757.2 0048407-00002

1   **WHEREAS**, on September 17, 2013, the Court considered the Parties' Stipulation with Proposed Order Extending Time to October 28, 2013, and granted Defendant until October 28, 2013, to file its first responsive pleading.

**WHEREAS**, the Parties have had a series of settlement communications since the filing of this action and are willing to attempt to reach a comprehensive settlement of all issues raised in this case;

**WHEREAS**, on September 9, 2013 and October 8, 2013, the Parties attended telephone conference calls with Howard Herman, Director of the Northern District Alternate Dispute Resolution ("ADR") program, to discuss ADR options.

**WHEREAS**, on October 8, 2013, the parties agreed that the Early Neutral Evaluation ("ENE") process would be the most productive ADR option for this action;

**WHEREAS**, on October 18, 2013, the Parties filed a Stipulation and Proposed Order Selecting the ENE process, agreeing to hold the ENE within 60 days after the date of the Plaintiff's site inspection, the results of which shall only be used for purposes of the ENE and not for purposes of the litigation;

**WHEREAS**, on October 18, 2013, this Court entered the Parties' Stipulation as the Order of the Court;

**WHEREAS**, the Parties agree that all further proceedings in the Action should be stayed in order to conduct the ENE;

**WHEREAS**, in the interest of promoting judicial economy and the orderly resolution of this matter, the Parties have chosen to voluntarily put this proceeding on hold in order to facilitate the final resolution of this matter; and

**WHEREAS**, for this reason, the Parties wish to stipulate to stay all proceedings as against all Parties in this matter.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, by and through their counsel of record, that

1.   By entering into this Stipulation, the Parties agree that all further proceedings in this matter, including the Case Management Statement, Case Management Conference, Federal

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING EARLY NEUTRAL EVALUATION
-2-
13-CV-03174-KAW

74828757.2 0048407-00002

Rule of Civil Procedure scheduling requirement per 26(f), Defendant's first responsive pleading, discovery, pre-trial motions, and trial, shall be stayed until further order of this Court, pending the outcome of the ENE.

2. If the ENE is unsuccessful, the Parties hereby request that the Court issue an order lifting the stay and extending all discovery and pleading deadlines to dates that the Court deems reasonable for completion of discovery and motion practice.

3. The Parties respectfully request the Court to enter an Order to this effect.

Dated: October 22, 2013

STOEL RIVES LLP

By:     /s/ Ryan Waterman
Ryan Waterman
Attorneys for Defendant LUNNY GRADING & PAVING, INC.

Dated: October 22, 2013

LAW OFFICE OF JACK SILVER

By:     /s/ Jack Silver
Jack Silver
Attorneys for Plaintiff CALIFORNIA RIVER WATCH

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING EARLY NEUTRAL EVALUATION

-3-

13-CV-03174-KAW

74828757.2 0048407-00002

1 **~~PROPOSED~~ ORDER**

2      Upon consideration of the Parties' stipulation to stay proceedings pending Early Neutral

3 Evaluation and good cause appearing,

4 **IT IS HEREBY ORDERED THAT**:

5      1. The proceedings in this action shall hereby be stayed, pending the conclusion of the

6 ENE, or upon the cancellation of the ENE by any party.

7      2.     The stay includes, but is not limited to:

8      (a) The Joint Case Management Statement that is currently due on October 23, 2013, and

9 Case Management Conference, which is currently scheduled for November 6, 2013, shall be

10 postponed ~~pending conclusion of the ENE;~~ and due February 5, 2014 and set for hearing on February 19, 2014 at 2:00 p.m.

11      (b) Defendant's first responsive pleading, which is currently due on October 28, 2013,

12 shall be postponed pending conclusion of the ENE.

14      IT IS SO ORDERED.

16 Dated:  October 22, 2013

**IT IS SO ORDERED AS MODIFIED**
/s/ Judge Jon S. Tigar

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING EARLY NEUTRAL EVALUATION

-4-

13-CV-03174 ~~KAW~~

74828757.2 0048407-00002