Jack Silver, Esq. SB #160575
Law Office of Jack Silver
Jerry Bernhaut, Esq. SB # 206264
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax.(707) 528-8675
Email: lhm28843@sbcglobal.net

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

S. Wayne Rosenbaum (SB #182456)
Ryan R. Waterman (SB #229485)
Juliet H. Cho (SB #271437)
STOEL RIVES LLP
12255 El Camino Real, Ste. 100
San Diego, CA 92130
Tel. (858) 794-4100
Fax. (858) 794-4101
Email: swrosenbaum@stoel.com; rrwaterman@stoel.com; jhcho@stoel.com

Attorneys for Defendant
LUNNY GRADING & PAVING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3), nonprofit, public benefit Corporation,<br><br>       Plaintiff,<br>   v.<br><br>LUNNY GRADING & PAVING, INC.; DOES 1-10, Inclusive,<br><br>       Defendants.<br>_____/ | CASE NO.: 3:13-cv-03174 JST<br><br>**JOINT STIPULATION AND REQUEST FOR EXTENSION OF DEADLINE FOR CONDUCTING ENE; [PROPOSED] ORDER**<br><br>**[Civil L.R. 7-12; ADR L.R. 5-5(1)(a)]**<br><br>Case Mgmt Conf. Date:   Feb. 26, 2014 |

   WHEREAS, pursuant to ADR Rule 5-5, the Parties to this action jointly and respectfully move the Court for a two week extension of the deadline to conduct an ENE session;

   WHEREAS, the current deadline for conducting the ENE session in this matter is January 16, 2014; and, the current deadline for requesting an extension of the ENE session in this matter is January 2, 2014;

1    WHEREAS the parties are actively participating in discussions with respect to resolution of the issues raised in the Complaint, and expect to resolve this matter by way of a written agreement within the next few weeks; and have so advised Evaluator Stephen Schrey;

4    WHEREAS the parties believe that good cause exists for the Court to grant an extension of the current deadline for conducting the ENE session to allow the parties to complete their settlement discussions;

7    NOW, THEREFORE, the Parties hereby request an extension of the current deadline for conducting the ENE session from January 16, 2014 to January 31, 2014.

Dated: January 2, 2014          LAW OFFICE OF JACK SILVER

                                By:  */s/ Jack Silver*
                                     JACK SILVER
                                     Attorney for Plaintiff
                                     CALIFORNIA RIVER WATCH


Dated: January 2, 2014          STOEL RIVES LLP

                                By:  */s/ Ryan R. Waterman*
                                     RYAN R. WATERMAN
                                     Attorney for Defendant
                                     LUNNY GRADING & PAVING, INC.


**[PROPOSED] ORDER**

PURSUANT TO SAID STIPULATION, **IT IS SO ORDERED.**


DATED: January 3, 2014          _____
                                JON S. TIGAR
                                UNITED STATES DISTRICT JUDGE